People v Thornton (2019 NY Slip Op 05800)





People v Thornton


2019 NY Slip Op 05800


Decided on July 24, 2019


Appellate Division, Second Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on July 24, 2019
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

CHERYL E. CHAMBERS, J.P.
HECTOR D. LASALLE
ANGELA G. IANNACCI
LINDA CHRISTOPHER, JJ.


2018-02797
2018-02798
2018-02799

[*1]The People of the State of New York, respondent,
v
Reginald Thornton, appellant. (Ind. Nos. 1771/15, 1157/17; S.C.I. No. 1701/17)


Leon H. Tracy, Jericho, NY, for appellant.
Madeline Singas, District Attorney, Mineola, NY (Jared A. Chester of counsel; Matthew C. Frankel on the brief), for respondent.



DECISION & ORDER
Appeals by the defendant from three judgments of the County Court, Nassau County (Christopher G. Quinn, J.), all rendered February 7, 2018, convicting him of criminal sale of a controlled substance in the third degree under Indictment No. 1771/15, criminal possession of a weapon in the third degree and criminal contempt in the first degree under Indictment No. 1157/17, and criminal possession of a weapon in the second degree under Superior Court Information No. 1701/17, upon his pleas of guilty, and imposing sentences. Assigned counsel has submitted a brief in accordance with Anders v California (386 US 738), in which he moves for leave to withdraw as counsel for the appellant.
ORDERED that the judgments are affirmed.
We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to Anders v California (386 US 738), and upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on the appeals. Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.; Matter of Giovanni S. [Jasmin A.], 89 AD3d 252; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606).
CHAMBERS, J.P., LASALLE, IANNACCI and CHRISTOPHER, JJ., concur.
ENTER:
Aprilanne Agostino
Clerk of the Court